UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number: **13-24141-CIV-MORENO**

ARMANDO SANTOS,

    Petitioner,

vs.

UNITED STATES OF AMERICA,

    Respondent.

_____/

## ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION AND DENYING MOTION TO VACATE SENTENCE

THE MATTER was referred to the Honorable Alicia M. Otazo-Reyes, United States Magistrate Judge for a Report and Recommendation on Petitioner's Motion to Vacate Sentence **(D.E. No. 1)**, filed on **November 14, 2013**. The Magistrate Judge filed a Report and Recommendation **(D.E. No. 23)** on **July 14, 2014**. The Court has reviewed the entire file and record. The Court has made a *de novo* review of the issues that Petitioner's objections to the Magistrate Judge's Report and Recommendation present, and being otherwise fully advised in the premises, it is

**ADJUDGED** that United States Magistrate Judge Alicia M. Otazo-Reyes' Report and Recommendation **(D.E. No. 23)** on **July 14, 2014** is **AFFIRMED** and **ADOPTED**. Accordingly, it is

**ADJUDGED** that Petitioner's Motion to Vacate Sentence is DENIED. For the reasons set forth in the Magistrate's Report and Recommendation, incorporated herein, Petitioner Santos has not satisfied the performance and prejudice prongs required under *Strickland v. Washington*, 466 U.S. 668 (1984), and therefore his claim of ineffective assistance of counsel under 28 U.S.C. § 2255 must

fail. As to the performance prong, the Court finds that Santos' attorney's performance was not deficient where it did not fall outside the wide range of professionally competent assistance. *Strickland*, 466 U.S. at 690. Not one of one of the challenged actions were of the kind that no competent counsel would have taken. *Grayson v. Thompson*, 257 F.3d 1194, 1216 (11th Cir. 2001). As to the prejudice prong, even assuming that Mauricio Aldazabal's performance was in some way deficient, Santos has not demonstrated that the outcome of Santos' trial would have been different absent the alleged deficiencies. *Strickland*, 466 U.S. at 694. The overwhelming evidence presented and submitted at trial, as well as Santos' trial testimony and Motion to Vacate testimony which this Court and the Magistrate found untruthful, leaves the Court to conclude that there is no reasonable probability that Santos would have been acquitted absent Aldazabal's purportedly deficient performance. Accordingly, Petitioner's objections to the Magistrate's Report and Recommendation are overruled. Santos has not met the performance or prejudice prong required under *Strickland* for his ineffective assistance of counsel claim, and his motion to vacate sentence is denied. It is further

**ADJUDGED** that all pending motions are denied as moot, and this case is closed.

DONE AND ORDERED in Chambers at Miami, Florida, this ___ day of August, 2014.

_____
FEDERICO A. MORENO
CHIEF UNITED STATES DISTRICT JUDGE

Copies provided to:

United States Magistrate Judge Alicia M. Otazo-Reyes

Counsel of Record